UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HELENA BLAZOVIC, on behalf of herself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>KEYSTONE SERVICING COMPANY, LLC,<br><br>　　　　　　Defendant. | Case No.: 2:24-cv-6893 (GC) (TJB)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Helena Blazovic, by and through her undersigned counsel, hereby files this Notice of Voluntary Dismissal without prejudice as to Plaintiff or the putative class.

Dated: November 15, 2024
　　　　White Plains, New York

　　　　　　　　　　　　　　　　　　　　　　　　**DENLEA & CARTON LLP**

　　　　　　　　　　　　　　　　　　　　　　By: _/s/ Craig M. Cepler_
　　　　　　　　　　　　　　　　　　　　　　　　Craig M. Cepler
　　　　　　　　　　　　　　　　　　　　　　　　2 Westchester Park Drive, Suite 410
　　　　　　　　　　　　　　　　　　　　　　　　White Plains, New York 10604
It is so ordered this 18th day　　　　　　　Tel.:　(914) 331-0100
of November, 2024　　　　　　　　　　　　ccepler@denleacarton.com
　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

_/s/ Georgette Castner_
Georgette Castner, U.S.D.J.